UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on March 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Douglas J Helbach Jr, April L Helbach

Case No.: 12-19861

Hearing Date: 

Judge: JP

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: March 23, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated _____3/22/2017_____ be and the same is hereby vacated.