# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: _____

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

**Location of Hearing:** Courtroom No. _____
_____
_____
_____

**Date and Time:** _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ❑ ARE REQUIRED   ❑ ARE NOT REQUIRED

DATE: _____

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____ this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*