**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Douglas J Helbach Jr. | Case No.: | 12-19861 |
| April L Helbach | Hearing Date: | April 28, 2017 |
| | Chapter: | 13 |
| | Judge: | JNP |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny Jr. , United States Bankruptcy Judge.

**Reason for Hearing:**   Objection to Trustee Certification of Default

**Location of Hearing:**   Courtroom No. 4-C
United States Court House
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:**   April 28, 2017 @ 10:00 a.m.  , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: March 23, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on  March 23 , 20 17  this notice was served on the following: Debtor, Attorney for Debtor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Douglas J Helbach Jr
April L Helbach
    Debtors

Case No. 12-19861-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db/jdb         +Douglas J Helbach Jr,    April L Helbach,    64 Fern Rd,    Bridgeton, NJ 08302-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 20064-24
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Melissa N. Licker    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-24
           NJ_ECF_Notices@buckleymadole.com
          Terry Tucker    on behalf of Debtor Douglas J Helbach Jr terrytucker@comcast.net
          Terry Tucker    on behalf of Joint Debtor April L Helbach terrytucker@comcast.net
                                                                                                         TOTAL: 8