Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12–19861–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas J Helbach Jr
aka Doug Helbach Jr
64 Fern Rd
Bridgeton, NJ 08302

April L Helbach
aka April Beebe
64 Fern Rd
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–6980                              xxx–xx–8835

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 15, 2017</u>             <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court